

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,492-01

### EX PARTE ARTHUR RODRIGUEZ BAUTISTA

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W05-24750-Y (A) IN THE CRIMINAL DISTRICT COURT NO. 7 FROM DALLAS COUNTY

*Per curiam*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex.Crim.App. 1967). Applicant was convicted of murder and sentenced to forty years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Bautista v. State*, No. 05-08-00905-CR (Tex. App. — Dallas, Aug. 27, 2009) (not designated for publication).

On April 4, 2018, the trial court entered a timely order designating issues to be resolved. The habeas record has been forwarded to this Court prematurely. We therefore remand this application

to Dallas County to allow the trial court to address the unresolved issues and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. If any continuances are granted, a copy of the order granting the continuance shall be sent to this Court. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be returned to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: June 20, 2018

Do not publish